## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 381 EAL 2015

               Respondent                :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

            v.                     :

                               :

VINCENT WALLACE,                    :

                               :

                 Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.